**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 19 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GITTEL OBERLANDER on behalf of herself and all other similarly situated consumers

                Plaintiff,

-against-

VIKING CLIENT SERVICES, INC.

                Defendant.

---

Index No. CV-12-4599

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
October 17, 2012

                        /s/
                        Maxim Maximov, Esq.
                        Maxim Maximov, LLP
                        Attorney for the Plaintiff
                        1600 Avenue M, 2nd Floor
                        Brooklyn, NY 11230
                        Office: (718) 395-3459
                        Facsimile: (718) 408-9570
                        E-mail: mmaximov@mmaximov.com

So Ordered.
10/18/12

                /S/(ARR)            USDJ

-1-